UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

In Re:
RICHARD A. MORRISON                                        CASE NO. 21-10077
BILLIE JO MORRISON
    DEBTOR                                                       CHAPTER 13

## AMENDMENT TO CHAPTER 13 PLAN

Attached please find the Amendment to the Debtors' Chapter 13 Plan. The purpose of this amendment is to correct the deficiency of the Attorney for debtor's signature block.

/s/ Jeffrey D. Tatterson
 JEFFREY D. TATTERSON
 ATTORNEY FOR DEBTORS
 1512 Greenup Avenue
 Ashland, KY 41101
 (606)-836-5000
 jefftatterson1@windstream.net

**Part 9:** **Signature(s):**

**9.1 Signatures of Debtor(s) and Debtor(s)' Attorney**

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below.*

✘ __/s/ _Richard A. Morrison_____  
Signature of Debtor 1

✘ _/s/ Billie Jo Morrison_____  
Signature of Debtor 2

Executed on __04/22/21___  
MM / DD / YYYY

Executed on _04/22/21____  
MM / DD / YYYY

✘ _/s/ Jeffrey D. Tatterson_____  
Signature of Attorney for Debtor(s)

Date _04/27/21_____  
MM / DD / YYYY

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form 3015-1(a), other than any nonstandard provisions included in Part 8.**

Jeffrey D. Tatterson  
Attorney for Debtors  
1512 Greenup Ave  
Ashland, KY 41101  
606-836-5000  
jefftatterson1@windstream.net